UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tamara N. Adams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12471-DRH |
| *Denise B. Archer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12611-DRH |
| *Anne E. Backofen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10458-DRH |
| *Tammy D. Barnes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10898-DRH |
| *Shani D. Beamon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12470-DRH |
| *Sarah Bebo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10803-DRH |
| *Sheena Begley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10900-DRH |
| *Clarissa Brink, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11703-DRH |
| *Linda Broderick v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10585-DRH |
| *Veronica Bruce v. Bayer Corporation, et al.* | No. 09-cv-20086-DRH |
| *Michelle Calmes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11775-DRH |
| *Lori Childers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11773-DRH |

| Case | Number |
|---|---|
| *Billie Jean Condit, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11707-DRH |
| *Jennifer Doege, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11769-DRH |
| *Melissa Duprey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10221-DRH |
| *Margaret C. Draughn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12469-DRH |
| *Margaret Ford v. Bayer Corporation, et al.* | No. 09-cv-10226-DRH |
| *Sharon Gerchow v. Bayer Corporation, et al.* | No. 09-cv-20087-DRH |
| *Ellen Hanner, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12252-DRH |
| *Kathy L. Hayton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10908-DRH |
| *Holly A. Heefner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12616-DRH |
| *Debra D. Hughes v. Bayer Healthcare Pharmaceuticals Inc., et al.* | No. 10-cv-11604-DRH |
| *Samantha C. LeCointre v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12731-DRH |
| *Amber Lindeman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12618-DRH |
| *Lizette Martinez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12760-DRH |
| *Blaire Mattson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11465-DRH |
| *Elizabeth A. Newman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12305-DRH |
| *Kaylee O'Laughlin v. Bayer Corporation, et al.* | No. 09-cv-20105-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                 NANCY J. ROSENSTENGEL,
                                 CLERK OF COURT

                                 BY: /s/*Caitlin Fischer*
                                         **Deputy Clerk**

**Dated:** April 24, 2014

Digitally signed by David R. Herndon
Date: 2014.04.24 15:35:29 -05'00'

**APPROVED:**
     **CHIEF JUDGE**
     **U. S. DISTRICT COURT**

3